UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------X

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING FACEBOOK ACCOUNTS:

(i) FACEBOOK USERNAME "BAILEE MORGAN CAMERON," ASSOCIATED WITH USER ID NUMBER 10212714350035114 AND URL HTTPS://WWW.FACEBOOK.COM/BAILEEEEEEEEEEEE;

(ii) FACEBOOK USERNAME "JENNIFER GRIFFIN," ASSOCIATED WITH USER ID NUMBER 10212487418441532 AND URL HTTPS://WWW.FACEBOOK.COM/LOVEMYBABBYS; and

(iii) FACEBOOK USERNAME "SCOTT FURNESS," ASSOCIATED WITH USER ID NUMBER 107624579802485 AND URL HTTPS://WWW.FACEBOOK.COM/SCOTT.FURNESS.35

THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC

------------------------X

<u>UNSEALING ORDER</u>

Docket No. <u>18-M-814 (PK)</u>

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan E. Algor,

for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
April 9, 2019

S/Bloom

_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK